IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MICHELLE NAPIER**,                                                    Civil No. 04-340-ST

        Plaintiff,

                                        O R D E R

    v.

**COMMISSIONER OF SOCIAL
SECURITY**,

        Defendant.
_____

        Tim D. Wilborn
        Wilborn Law Office, P.C.
        P.O. Box 2768
        Oregon City, Oregon  97045

            Attorney for Plaintiff

        Dwight C. Holton
        United States Attorney
        District of Oregon

Page 1 - ORDER

Adrian L. Brown
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204

Carol A. Hoch
Social Security Administration
Office of General Counsel
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, Washington  98104-7075

      Attorneys for Defendant

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and

Recommendation on February 22, 2011.  The matter is before this court.  See 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me

of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd.,

700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708

F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Stewart's Findings and Recommendation dated

February 22, 2011 (#34) in its entirety.

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Approval of Attorney

fees pursuant to 42 U.S.C. § 406(b) (#30) is GRANTED in the sum of $9,533.97 from which the

EAJA fee of $4,650.00 should be subtracted.

DATED this ___16th___ day of March, 2011.

               /s / Garr M. King
                     GARR M. KING
                United States District Judge

Page 2 - ORDER